**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| H. THOMAS MORAN, II, Receiver of the Assets of LifeTime Capital, Inc. and Certain Affiliated Persons and Entities, | : : | |
| Plaintiff, | : | Case No. 3:05cv00071 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| A/C FINANCIAL, INC., et al., | : | |
| Defendants. | : | |

**DECISION AND ENTRY**

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #571), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendations filed on July 24, 2006 (Doc. #571) is ADOPTED in full.

2. The Motions for Special Appearance and Transfer of Venue Subject to the Special Appearance filed by Walter Wyatt (Doc. # 110); Ernest Bustos (Doc. # 132); Randy Toomey (Doc. # 134 );William Ploeger (Doc. # 136); Steven Caruso (Doc. # 138); Jose Garcia (Doc. #142 ); Steven Moerdyk (Doc. # 150); Thell Prueitt (Doc. # 157); Steven Lebaron (Doc. # 205); John Hinojosa (Doc. # 213);

    Ronald Steger (Doc. # 226); Senior Financial Management (Doc. # 227); Stanley Kramer (Doc. # 230); Paul C. Hensley (Doc. # 254 ); Craig Bass (Doc. # 266); Dennis Zasadny (Doc. # 271 ); Juan Garcia (Doc. # 272); Eva Quinones (Doc. # 273); Rodney Knappick (Doc. # 277 ); Leland W. Stanley (Doc. # 281); Timothy D. Hebert (Doc. # 290); Delores A. Wolterstorff (Doc. # 291); Audrey Demirjian (Doc. # 294); Philip A. Hales (Doc. # 306); Richard A. Wilson (Doc. # 337); James L. Brimble (Doc. # 444); Michael L. Heman (Doc. # 453); Stark & Associates, William H. Stark III (Doc. # 462); Winona G. Stark (Doc. # 463); Roy Tripi (Doc. # 498); Kendall Craig Travis (Doc. # 519); are DENIED,

3.     The Receiver's Motion to Strike (Doc. # 544) is GRANTED.

August 15, 2006                                    **\*s/THOMAS M. ROSE**

                                                                  Thomas M. Rose
                                                     United States District Judge