**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

H. THOMAS MORAN II, Receiver of
the Assets of LifeTime Capital, Inc. and
Certain Affiliated Persons and Entities,

                Plaintiff,

-vs-

A/C FINANCIAL, INC., et al.,

                Defendants.

Case No. CV-3-05-071

Judge Thomas M. Rose
Magistrate Judge Sharon L. Ovington

---

**DECISION AND ENTRY**

---

      The Court has reviewed de novo the Report and Recommendations (doc. #649) of United States Magistrate Judge Sharon L. Ovington regarding Defendant Greg LaPlant's and Defendant Chris Cameron-Kramer's motions for clarification. This case was originally referred pursuant to 28 U.S.C. § 636(b).

      Upon said review, the Court notes that no objections have been filed to this Magistrate's Report and Recommendations and that the time for filing such objections under Fed.R.Civ.P. 72(b) has expired. Therefore, the Court hereby adopts said Report and Recommendations.

      It is therefore **ORDERED** that:

1.     The Report and Recommendations filed on November 7, 2006 (doc. #649) is ADOPTED in full;

2.     Defendant Greg LaPlant's and Defendant Chris Cameron-Kramer's Motions for Clarification (doc. #622, 623) are GRANTED;

3.     The Receiver's Twelfth Claim for Relief is DISMISSED with prejudice; and

4. The Receiver's Eleventh Claim for Relief is DISMISSED without prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this Eighth day of December, 2006.

                  **s/THOMAS M. ROSE**
                  _____
                    THOMAS M. ROSE
                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record