**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| H. THOMAS MORAN II, Receiver of the Assets of LifeTime Capital, Inc. and Certain Affiliated Persons and Entities, | **:** | |
| | **:** | |
| Plaintiff, | **:** | Case No. 3:05CV071 |
| vs. | **:** | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| A/C FINANCIAL, INC., et al., | **:** | |
| Defendants. | **:** | |

## ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #784), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

1.      The Report and Recommendations filed on August 21, 2007 (Doc. #784) is ADOPTED;

2.      Defendant, Rangeland Investments Inc.,'s Motion to Dismiss for Failure to State a Claim (Doc. # 707) and Rangeland Investment Inc.'s  Motion to Set Aside Default Judgment (Doc. # 761) is DENIED without prejudice to renewal; and,

3.      Plaintiff's Motion to Strike Rangeland Investments Inc's Motion to Dismiss (Doc. # 742) is DENIED.

September 10, 2007                                        **s/THOMAS M. ROSE**

                                                                    _____
                                                                    Thomas M. Rose
                                                                    United States District Judge