# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THOMAS MORAN II, Receiver of the Assets of LifeTime Capital, Inc. and Certain Affiliated Persons and Entities, | : | |
| | : | Case No. 3:05cv0071 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| A/C FINANCIAL, INC, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion to Dismiss (Doc. #797), to which no remaining party has responded or opposed. In the absence of such opposition, a voluntary dismissal of this case without prejudice is warranted under Fed. R. Civ. P. 41(a)(2). The Court therefore **ORDERS**:

1. Plaintiff's Motion to Dismiss (Doc. #797) is GRANTED;

2. The case is DISMISSED without prejudice; and

3. The case is terminated on the docket of this Court.

March 12, 2008                             **s/THOMAS M. ROSE**

                                    Thomas M. Rose
                                    United States District Judge